**Dismissed and Memorandum Opinion filed October 27, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00660-CV

_____

### IN THE INTEREST OF C.R.L., a Child

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2006-58779**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed September 8, 2009. No motion for new trial was filed.   Appellant's notice of appeal was filed July 28, 2011.

The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law.   *See* Tex. R. App. P. 26.1.

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule

26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by rule 26.3

On September 19, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges, Justices Anderson and Christopher.